■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EDUARDO BEDOYA, Also Known as REGINO VEGA, Respondent.—Order of the Supreme Court, Queens County, dated August 4, 1978, affirmed, on the opinion of Mr.

Justice Brown at Criminal Term. Suozzi, J. P., O'Connor, Lazer and Gulotta, JJ., concur.